562 U.S. 998, 131 S. Ct. 518, 178 L. Ed. 2d 366, 2010 U.S. LEXIS 8418.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6170. Tyrone Leslie Farris, Petitioner v. Oklahoma.**

562 U.S. 998, 131 S. Ct. 522, 178 L. Ed. 2d 366, 2010 U.S. LEXIS 8414.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma dismissed. See Rule 39.8.

**No. 10-6314. LaVern Berryhill, Peti-**

**tioner v. Frank Howell Seay, Judge, United States District Court for the Eastern District of Oklahoma, et al.**

562 U.S. 998, 131 S. Ct. 554, 178 L. Ed. 2d 366, 2010 U.S. LEXIS 8345.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

**No. 10-6481. Gerard D. Grandoit, Petitioner v. The Physician Network, Inc., et al.**

562 U.S. 999, 131 S. Ct. 532, 178 L. Ed. 2d 366, 2010 U.S. LEXIS 8348.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed. See Rule 39.8.

**No. 10-6545. LaVern Berryhill, Petitioner v. Ronald A. White, Judge, United States District Court for the Eastern District of Oklahoma, et al.**

562 U.S. 999, 131 S. Ct. 554, 178 L. Ed. 2d 366, 2010 U.S. LEXIS 8423.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.